# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2086
_____

ANTONIO JOHNSON,

    Petitioner,

v.

DAVID MADDOX, Warden,
Apalachee Correctional
Institution,

    Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


February 12, 2025


PER CURIAM.

The Court dismisses Petitioner's petition for writ of mandamus for failure to demonstrate a basis for the relief requested.

KELSEY, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____


Antonio Johnson, pro se, Petitioner.

Dan Johnson, General Counsel, and Kelly R. Forren, Assistant General Counsel, Department of Corrections, Tallahassee, for Respondent.